# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BLOOM, ROBERT D § Case No. 11-82899
      BLOOM, THERESA A. §
       §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/04/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/14/2012           By:  /s/JAMES E. STEVENS
                                               Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BLOOM, ROBERT D | § | Case No. 11-82899 |
| BLOOM, THERESA A. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   6,500.00 |
| *and approved disbursements of* | $   0.00 |
| *leaving a balance on hand of* [1] | $   6,500.00 |
| **Balance on hand:** | $   6,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   6,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,400.00 | 0.00 | 1,400.00 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 675.00 | 0.00 | 675.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   2,075.00 |
| Remaining balance: | $   4,425.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,425.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,425.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,529.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,361.48 | 0.00 | 330.61 |
| 2 | Discover Bank | 9,396.30 | 0.00 | 421.99 |
| 3 | American InfoSource LP as agent for | 34,520.86 | 0.00 | 1,550.34 |
| 4 | FIA CARD SERVICES, N.A. | 12,715.38 | 0.00 | 571.05 |
| 5 | Chase Bank USA, N.A. | 2,082.15 | 0.00 | 93.51 |
| 6 | Chase Bank USA, N.A. | 14,948.73 | 0.00 | 671.35 |
| 7 | American Express Centurion Bank | 17,504.94 | 0.00 | 786.15 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,425.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 11-82899   Doc 33   Filed 02/24/12   Entered 02/26/12 23:28:31   Desc Imaged
Certificate of Notice   Page 5 of 8

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82899-MB
Robert D Bloom                                                          Chapter 7
Theresa A. Bloom
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett            Page 1 of 3              Date Rcvd: Feb 24, 2012
                              Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2012.
```
db/jdb       +Robert D Bloom,    Theresa A. Bloom,    9250 Durham Drive,    Huntley, IL 60142-2458
17481647      Allied Interstate,    o/b/o Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
17508196      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17481648      Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
17481649      Bank of America,    P.O. Box 650225,    Dallas, TX 75265-0225
17481650     +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
17481651     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18007617      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17481652      Client Services,    o/b/o Citibank,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-4047
17481655     +Elgin Gastroenterology,    P.O. Box 7630,    Gurnee, IL 60031-7002
17942519      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17481656    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    3050 Kingsley Drive,    Cincinnati, OH 45263)
17481658     +GC Services,    o/b/o Sears/CBSD,    P.O. Box 3232,    Houston, TX 77253-3232
17481659      HSBC,   P.O. Box 15535,    Wilmington, DE 19850-5535
17481660     +Integrative Med LLC,    1750 N. Randall Rd Ste 250,    Elgin, IL 60123-7900
17481661      LTD Financial Services,    o/b/o Citi Bank Sears Card,    7322 NW Freeway, Ste 1600,
               Houston, TX 77074
17481662      National Action Financial Services,    o/b/o Chase,    P.O. Box 9027,
               Williamsville, NY 14231-9027
17481663      Nationwide Credit,    o/b/o American Exp Travel,    P.O. Box 26314,    LeHigh Valley, PA 18002-6314
17481664      Northwest Suburban Imaging,    34659 Eagle Way,    Chicago, IL 60678-1346
17481665     +Phillips & Cohen Associates,    o/b/o Advanta,    Mail Stop 123 1002 Justison St.,
               Wilmington, DE 19801-5148
17481666      Plaza Associates,    o/b/o Citi Cards,    JAF Station, P.O. Box 2770,    New York, NY 10116-2770
17481667      Sherman Health,    35134 Eagle Way,    Chicago, IL 60678-1351
17481668      Sunrise Credit Services, Inc.,    o/b/o Bank of America,    PO Box 9100,
               Farmingtondale, NY 11735-9100
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17941901      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2012 04:45:07
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
17481653      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:54      Discover,    PO Box 15316,
               Wilmington, DE 19850-5316
17481654      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:54      Discover,    PO Box 30943,
               Salt Lake City, UT 84130
17921851      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:54      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17481657      E-mail/Text: data_processing@fin-rec.com Feb 25 2012 03:25:43
               Financial Recovery Services, Inc,    o/b/o First Equity Card,    P.O. Box 385908,
               Minneapolis, MN 55438-5908
                                                                                               TOTAL: 5
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18084526*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett          Page 2 of 3          Date Rcvd: Feb 24, 2012
                              Form ID: pdf006         Total Noticed: 28
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 3 of 3           Date Rcvd: Feb 24, 2012
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2012 at the address(es) listed below:

```
              James E Stevens   on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
              Scott A Bentley   on behalf of Debtor Robert Bloom scottbentleylaw@gmail.com
                                                                                            TOTAL: 4
```