# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: BLOOM, ROBERT D | § | Case No. 11-82899 |
| BLOOM, THERESA A. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $301,145.00
*(without deducting any secured claims)*

Assets Exempt: $10,300.00

Total Distribution to Claimants:$4,425.00

Claims Discharged
Without Payment: $157,526.34

Total Expenses of Administration:$2,075.00

3) Total gross receipts of $    6,500.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $386,785.59 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,075.00 | 2,075.00 | 2,075.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 160,991.01 | 98,529.84 | 98,529.84 | 4,425.00 |
| **TOTAL DISBURSEMENTS** | $547,776.60 | $100,604.84 | $100,604.84 | $6,500.00 |

4) This case was originally filed under Chapter 7 on June 29, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012            By: /s/JAMES E. STEVENS
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Dodge Ram Debtor's Residence | 1129-000 | 2,375.00 |
| 1994 Peterbilt 378 Debtor's Residence | 1129-000 | 2,000.00 |
| 2003 Hilbilt Trailer Debtor's Residence | 1129-000 | 2,125.00 |
| **TOTAL GROSS RECEIPTS** | | $6,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 45,739.92 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 318,904.67 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 22,141.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $386,785.59 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 675.00 | 675.00 | 675.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,075.00 | $2,075.00 | $2,075.00 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,991.51 | 7,361.48 | 7,361.48 | 330.61 |
| 2 | Discover Bank | 7100-000 | 9,772.00 | 9,396.30 | 9,396.30 | 421.99 |
| 3 | American InfoSource LP as agent for | 7100-000 | 32,016.00 | 34,520.86 | 34,520.86 | 1,550.34 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 12,715.00 | 12,715.38 | 12,715.38 | 571.05 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 2,193.00 | 2,082.15 | 2,082.15 | 93.51 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 15,058.00 | 14,948.73 | 14,948.73 | 671.35 |
| 7 | American Express Centurion Bank | 7100-000 | 17,824.00 | 17,504.94 | 17,504.94 | 786.15 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | Integrative Med LLC | 7100-000 | 551.30 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | GC Services o/b/o Sears/CBSD | 7100-000 | 2,714.75 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 2,435.00 | N/A | N/A | 0.00 |
| NOTFILED | LTD Financial Services o/b/o Citi Bank Sears Card | 7100-000 | 2,714.75 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburban Imaging | 7100-000 | 160.20 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Health | 7100-000 | 1,116.86 | N/A | N/A | 0.00 |
| NOTFILED | Phillips & Cohen Associates o/b/o Advanta | 7100-000 | 4,386.00 | N/A | N/A | 0.00 |
| NOTFILED | Plaza Associates o/b/o Citi Cards | 7100-000 | 38,719.16 | N/A | N/A | 0.00 |
| NOTFILED | Financial Recovery Services, Inc | 7100-000 | 9,220.98 | N/A | N/A | 0.00 |
| NOTFILED | Elgin Gastroenterology | 7100-000 | 241.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 961.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate o/b/o Direct TV | 7100-000 | 200.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $160,991.01 | $98,529.84 | $98,529.84 | $4,425.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-82899 | **Trustee:** (330420)  JAMES E. STEVENS |
| **Case Name:** BLOOM, ROBERT D | **Filed (f) or Converted (c):** 06/29/11 (f) |
| BLOOM, THERESA A. | **§341(a) Meeting Date:** 08/01/11 |
| **Period Ending:** 05/17/12 | **Claims Bar Date:** 01/11/12 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   Residence 9250 Durham Drive Huntley, IL 60142<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 228,500.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking Account # Harris Bank<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3   Household Goods and Furnishings Debtor's Residen<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 4   Books Pictures and other Art Objects Debtor's Re<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5   Wearing Apparel Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 6   Furs and Jewelry Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7   Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 8   2007 Cheverolet Tahoe Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 22,175.00 | 0.00 | DA | 0.00 | FA |
| 9   2000 Dodge Ram Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,375.00 | 2,375.00 | | 2,375.00 | FA |
| 10   1994 Peterbilt 378 Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 7,000.00 | 4,600.00 | | 2,000.00 | FA |
| 11   2003 Hilbilt Trailer Debtor's Residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 12,000.00 | 6,750.00 | | 2,125.00 | FA |
| 12   Office equipment, furnishings and supplies. Debt | 230.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 11-82899 | **Trustee:**   (330420)   JAMES E. STEVENS |
| **Case Name:**   BLOOM, ROBERT D | **Filed (f) or Converted (c):**  06/29/11 (f) |
|   BLOOM, THERESA A. | **§341(a) Meeting Date:**   08/01/11 |
| **Period Ending:** 05/17/12 | **Claims Bar Date:**   01/11/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | Machinery, fixtures, equipment and supplies. Deb<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 80.00 | 0.00 | DA | 0.00 | FA |
| 14 | 0<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 47,010.00 | 0.00 | DA | 0.00 | FA |
| **14** | **Assets**   **Totals** (Excluding unknown values) | **$322,520.00** | **$13,725.00** | | **$6,500.00** | **$0.00** |

RE PROP# 14    THIS WAS IMPORTED FROM THE SCHEDULES IT IS THE TOTAL OF THE ENTIRE OF THE ASSETS LISTED.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012          **Current Projected Date Of Final Report (TFR):**    February 14, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-82899 |
| Case Name: | BLOOM, ROBERT D |
| | BLOOM, THERESA A. |
| Taxpayer ID #: | **-***5725 |
| Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******25-66 - Checking Account |
| Blanket Bond: | $372,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | | Robert D. Bloom | payment on unexempt assets per court order 12/21/2011 | | 6,500.00 | | 6,500.00 |
| | {9} | | pymt on non-exempt          2,375.00<br>assets | 1129-000 | | | 6,500.00 |
| | {10} | | pymt on non-exempt          2,000.00<br>assets | 1129-000 | | | 6,500.00 |
| | {11} | | payment per order           2,125.00<br>payment non-exempt<br>assets | 1129-000 | | | 6,500.00 |
| 04/04/12 | 101 | BARRICK, SWITZER, LONG,<br>BALSLEY & VAN EVERA | Dividend paid 100.00% on $675.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 675.00 | 5,825.00 |
| 04/04/12 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,400.00, Trustee Compensation;  Reference: | 2100-000 | | 1,400.00 | 4,425.00 |
| 04/04/12 | 103 | Discover Bank | Dividend paid   4.49% on $7,361.48; Claim# 1; Filed: $7,361.48; Reference: | 7100-000 | | 330.61 | 4,094.39 |
| 04/04/12 | 104 | Discover Bank | Dividend paid   4.49% on $9,396.30; Claim# 2; Filed: $9,396.30; Reference: | 7100-000 | | 421.99 | 3,672.40 |
| 04/04/12 | 105 | American InfoSource LP as agent for | Dividend paid   4.49% on $34,520.86; Claim# 3; Filed: $34,520.86; Reference: | 7100-000 | | 1,550.34 | 2,122.06 |
| 04/04/12 | 106 | FIA CARD SERVICES, N.A. | Dividend paid   4.49% on $12,715.38; Claim# 4; Filed: $12,715.38; Reference: | 7100-000 | | 571.05 | 1,551.01 |
| 04/04/12 | 107 | Chase Bank USA, N.A. | Dividend paid   4.49% on $2,082.15; Claim# 5; Filed: $2,082.15; Reference: | 7100-000 | | 93.51 | 1,457.50 |
| 04/04/12 | 108 | Chase Bank USA, N.A. | Dividend paid   4.49% on $14,948.73; Claim# 6; Filed: $14,948.73; Reference: | 7100-000 | | 671.35 | 786.15 |
| 04/04/12 | 109 | American Express Centurion Bank | Dividend paid   4.49% on $17,504.94; Claim# 7; Filed: $17,504.94; Reference: | 7100-000 | | 786.15 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 6,500.00 | 6,500.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 6,500.00 | 6,500.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$6,500.00** | **$6,500.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-82899 |
| Case Name: | BLOOM, ROBERT D |
| | BLOOM, THERESA A. |
| Taxpayer ID #: | **-***5725 |
| Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******25-66 - Checking Account |
| Blanket Bond: | $372,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # 9200-******25-66 | | 6,500.00 | 6,500.00 | 0.00 |
| | | $6,500.00 | $6,500.00 | $0.00 |